| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

ROBERT GRIZZLE, §
　　　　　　　　　　　　　　§
　　　　　Plaintiff, §
　　　　　　　　　　　　　　§
*versus* § CIVIL ACTION NO. 9:20-CV-44
　　　　　　　　　　　　　　§
BRANDIE COFFMAN, *et al.*, §
　　　　　　　　　　　　　　§
　　　　　Defendants. §

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Robert Grizzle, an inmate confined at the Stiles Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, brought this lawsuit pursuant to 42 U.S.C. § 1983. The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends granting the defendants' motion to dismiss (#28). To date, the parties have not filed objections to the report.

The court received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge is **ADOPTED**. It is

**ORDERED** that plaintiff's claims against defendants Mark Roberts, Roberta Hill, Martha Walker, Mervin Cleveland, and Lourdes Wyatt in their official capacities are dismissed. Further, it is

**ORDERED** that plaintiff's claims for injunctive and declaratory relief are denied. Finally, it is

**ORDERED** that Plaintiff's claims against defendant Mark Roberts are dismissed for failure to state a claim.

SIGNED at Beaumont, Texas, this 2nd day of December, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE